IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACOBY ORR                                                                                PLAINTIFF

v.                                    No. 3:24-cv-209-DPM

DOE                                                                                        DEFENDANT

## ORDER

Unopposed recommendation, *Doc. 7*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2025