IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACOBY ORR                                                            PLAINTIFF

v.                          No. 3:24-cv-209-DPM

DOE                                                                   DEFENDANT

## JUDGMENT

Orr's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2025